Dear Judge Bricceitti,

This letter I am writing is concerning my brother Nicholas Alvarez. He was currently found guilty and waiting on sentencing. Before he is sentence I would like to say a couple of things to you about him. He is the only man in the family and my family has gone threw a lot of hardship. My dad abandoned us at a very young age and my mom had to be both father and mother. My brother also helped my mom keeping us together. He took care of me and my sister and gave us good advice and made sure to have an open ear for us to go to with our problems. He stood in as the man in the family ( dad). He always help my mom provide for us and would take care of us while my mom was at work. He would take us on outings like going to Brooklyn to go horse back riding and to parks to play. He really isn't a bad person as mentioned in court.. He has made bad choices and maybe hung around the wrong people which in turn has gotten him into trouble. But I feel given a chance and the family pulling together to help him he can turn around his life. Please we miss him and need him in our lives for this reason I beg you to show some liniency in his sentence. He is important in our lives since we have no father. His daughter would also benefit to have a father around being that we had none. A father is a strong arm of the family. He loves us and his daughter and is love by us and needed in our lives. Thank you, your Honor and please take our feelings into consideration.

P.S.

The reason I cannot be there today for my brother is because the date has been change so many times and on this day I have a urgent engagement! I'm there in spirit and my sister will be standing in for us!

Sincerely,

*Devin Burgos*