# EXHIBIT A

```
NERAI              *         PUBLIC INFORMATION           *      06-24-2020
PAGE 001           *            INMATE DATA               *      11:01:10
                             AS OF 06-24-2020

REGNO..: 64636-054 NAME: ALVAREZ, NICHOLAS

                        RESP OF: FTD
                        PHONE..: 609-723-1100    FAX: 609-724-7557
                                                 RACE/SEX...: WHITE / MALE
                                                 AGE:   44
PROJ REL MT: GOOD CONDUCT TIME RELEASE           PAR ELIG DT: N/A
PROJ REL DT: 02-21-2028                          PAR HEAR DT:




G0002       MORE PAGES TO FOLLOW . . .
```

```
 NERAI            *         PUBLIC INFORMATION         *      06-24-2020
PAGE 002          *            INMATE DATA             *      11:01:10
                           AS OF 06-24-2020


REGNO..: 64636-054 NAME: ALVAREZ, NICHOLAS

                  RESP OF: FTD
                  PHONE..: 609-723-1100   FAX: 609-724-7557
HOME DETENTION ELIGIBILITY DATE: 08-21-2027

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  02-21-2028 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION..........: NEW YORK, SOUTHERN DISTRICT
DOCKET NUMBER..................: S3 11 CR 169 (VB)
JUDGE..........................: BRICCETTI
DATE SENTENCED/PROBATION IMPOSED: 10-11-2013
DATE COMMITTED.................: 12-19-2013
HOW COMMITTED..................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED..............: NO

                FELONY ASSESS   MISDMNR ASSESS   FINES         COSTS
NON-COMMITTED.: $600.00         $00.00           $00.00        $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO       AMOUNT: $1,500.00

------------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:  758      18:2250 FAIL REG AS SEX OFFN
OFF/CHG: 18:2421 INTERSTATE TRANSPORTATION OF INDIVIDUALS TO ENGAGE IN
         PROSTITUTION; 18:2422(A) PERSUASION, INDUCEMENT, ENTICEMENT,
         COERCION OF INDIVIDUALS TO TRAVEL INTERSTATE TO ENGAGE IN
         PROSTITUTION; 18:1591(A)&(B)(1) SEX TRAFFICKING; 18:2250
         FAILURE TO UPDATE REGISTRATION AS A SEX OFFENDER.

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    235 MONTHS
 TERM OF SUPERVISION............:     10 YEARS
 DATE OF OFFENSE................: 02-03-2011




G0002        MORE PAGES TO FOLLOW . . .
```

REGNO..: 64636-054 NAME: ALVAREZ, NICHOLAS

                    RESP OF: FTD
                    PHONE..: 609-723-1100   FAX: 609-724-7557
-------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 04-06-2020 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 11-21-2013 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 10-11-2013
TOTAL TERM IN EFFECT............:    235 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     19 YEARS      7 MONTHS
EARLIEST DATE OF OFFENSE........: 02-03-2011

JAIL CREDIT.....................:   FROM DATE    THRU DATE
                                    06-05-2010   06-08-2010
                                    11-04-2010   11-24-2010
                                    02-03-2011   10-10-2013

TOTAL PRIOR CREDIT TIME.........: 1006
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 899
TOTAL GCT EARNED................: 328
STATUTORY RELEASE DATE PROJECTED: 02-21-2028
TWO THIRDS DATE.................: 01-29-2024
EXPIRATION FULL TERM DATE.......: 08-08-2030
TIME SERVED.....................:      9 YEARS      5 MONTHS     17 DAYS
PERCENTAGE OF FULL TERM SERVED..:  48.3
PERCENT OF STATUTORY TERM SERVED:  55.2




G0002       MORE PAGES TO FOLLOW . . .

```
NERAI            *         PUBLIC INFORMATION        *       06-24-2020
PAGE 004 OF 004  *             INMATE DATA           *        11:01:10
                             AS OF 06-24-2020

REGNO..: 64636-054 NAME: ALVAREZ, NICHOLAS

                    RESP OF: FTD
                    PHONE..: 609-723-1100    FAX: 609-724-7557

PROJECTED SATISFACTION DATE.....: 02-21-2028
PROJECTED SATISFACTION METHOD...: GCT REL




S0055        NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```