UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,                       :
                                                :     **ORDER**
v.                                              :
                                                :     11 CR 169 (VB)
NICHOLAS ALVAREZ,                               :
          Defendant.                          :
                                                :
--------------------------------------------------------------x

      By letter dated March 20, 2021 (Doc. # 174), defendant requests that the Court order the Bureau of Prisons ("BOP") to remove from its files a psychological evaluation prepared in connection with defendant's sentencing in 2013.

      The motion is DENIED. Defendant has provided no good reason for the Court to order that the evaluation be removed from BOP's files. Moreover, the Court is not aware of any good reason or authority to order the removal of the report.

      Chambers will mail a copy of this Order to defendant at the following address:

Nicholas Alvarez, Reg. No. 64636-054
FCI Fort Dix
Federal Correctional Institution
P.O. Box 2000
Joint Base MDL, NJ  08640

Dated: April 13, 2021
       White Plains, NY

                                            SO ORDERED:

                                            Vincent L. Briccetti
                                            United States District Judge