Copies ~~Mailed~~/Faxed
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| NICHOLAS ALVAREZ, | : |
| Defendant. | : |

**ORDER**

11 CR 169 (VB)

This order addresses two recent letters received from defendant Alvarez.

In an undated letter received August 31, 2026 (Doc. #193), Alvarez requests copies of all transcripts in his case. That request is DENIED. The only matter currently pending before the Court is Alvarez's January 2026, request for the return of his seized property. (Doc. #183). In a series of letters to the Court (Docs. ##185, 188, 191), the government has advised that, despite its extensive and time-consuming efforts, it has not confirmed that any of the items of personal property referenced in Alvarez's January 2026 submission is presently in the government's possession. (Doc. #191). However, the government has also advised that it is taking additional investigative steps before submitting a final response to the Court. The government's response is now due November 19, 2026. The government is directed to review Alvarez's August 31 letter as part of its ongoing investigative steps. The Court otherwise declines to assist Alvarez in obtaining transcripts that he previously possessed in this long-closed case.

In a second undated letter received by the Court on September 21, 2026 (Doc. #194), Alvarez makes numerous complaints about the Court's prior rulings in this case and indicates he may wish to submit a judicial misconduct complaint, which, of course, he has the right to do. Alvarez also requests a copy of the Court's prior ruling denying Alvarez's compassionate release motion. A copy of the Court's July 6, 2020, decision denying Alvarez's compassionate release motion will be sent to Alvarez along with a copy of this order. To the extent the letter seeks any other relief, the request is DENIED.

Chambers will mail a copy of this order to Alvarez at the following address:

Nicholas Alvarez, Reg. No. 64636-054
FCI Forrest City Medium
Federal Correctional Institution
Forrest City, AR 72336

The Clerk is instructed to terminate the motion. (Doc. #193).

Dated: September 28, 2026
White Plains, NY

SO ORDERED:

[signature]

Vincent L. Briccetti, U.S.D. J.